No. 00–10651. HAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10653. GRIST v. UNITED STATES PAROLE COMMISSION. C. A. 10th Cir. Certiorari denied.

No. 00–10654. FULLER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 00–10655. GOWING v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–10656. IWEGBU v. PAYNE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 00–10657. HAYS v. NEWSOM ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10658. HOUSLEY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 00–10659. FULLER v. SCHRIRO, DIRECTOR, MISSOURI DEPARTMENT OF CORRECTIONS. C. A. 8th Cir. Certiorari denied.

No. 00–10660. GREENE v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–10661. FALLS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–10662. FERQUERON v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–10663. BALDYGA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–10665. GUANIPA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10667. INFANTE v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–10668. PATTON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.